# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

MYKOLA KERA | CIVIL ACTION NO. 26-0604

VERSUS | JUDGE ALEXANDER C. VAN HOOK

BRYAN PATTERSON, ET AL. | MAGISTRATE JUDGE HORNSBY

## ORDER

Considering the foregoing memorandum ruling,

**IT IS ORDERED** that the Motion for Temporary Restraining Order, Record Document 15, is **GRANTED IN PART** and **DENIED IN PART**. Petitioner's request for immediate release is denied.

**IT IS FURTHER ORDERED** that the Respondents, and all their officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with them are hereby **RESTRAINED** from removing Petitioner from the United States.

**IT IS FURTHER ORDERED** that this Temporary Restraining Order shall remain in effect for fourteen days from date of entry.

**THE CLERK IS INSTRUCTED** to email a copy of this Temporary Restraining Order to the Civil Chief of the United States Attorney's Office for the Western District of Louisiana.

**DONE AND SIGNED** at Shreveport, Louisiana, this 2nd day of April, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE

1