**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

**MYKOLA KERA** — **CIVIL DOCKET NO. 6:26-CV-604**

**VERSUS** — **JUDGE ALEXANDER C. VAN HOOK**

**BRYAN PATTERSON, ET AL.** — **MAGISTRATE JUDGE HORNSBY**

**MEMORANDUM ORDER**

Before the court is a petition for writ of habeas corpus filed on behalf of petitioner Mykola Kera, ("Petitioner"), pursuant to 28 U.S.C. §2241. Petitioner is a native and citizen of Ukraine who seeks release from detention.

According to the ICE detainee locator service,[1] Petitioner is no longer detained and has either been deported or released.

Accordingly;

**IT IS ORDERED** that counsel for Petitioner and counsel for Respondents confirm whether the petition is moot and, if so, file an appropriate motion within 14 days.

**THUS DONE AND SIGNED** in chambers, in Shreveport, Louisiana, this 21st day of September 2026.

Mark L. Hornsby
U.S. Magistrate Judge

[1] https://locator.ice.gov/odls/#/search